

ORDERED that the proceeding is DIS-MISSED under Fed. R.App. P. 42(b).

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**In re Anthony P. ECCLES.**

**No. 03–1213.**

United States Court of Appeals,
Federal Circuit.

May 7, 2003.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DIS-MISSED under Fed. R.App. P. 42(b).

**James F. BUCKINGHAM,
Sr., Petitioner,**

v.

**UNITED STATES POSTAL SERVICE,
Respondent.**

**No. 03–3189.**

United States Court of Appeals,
Federal Circuit.

May 8, 2003.

ORDER

The petitioner having failed to file the required Statement Concerning Discrimination, it is

**Lori S. FERNANDEZ, Petitioner,**

v.

**DEPARTMENT OF THE
ARMY, Respondent.**

**No. 03–3188.**

United States Court of Appeals,
Federal Circuit.

May 8, 2003.

ORDER

Order Vacated, see 2003 WL 21377707.

The petitioner having failed to file the required Statement Concerning Discrimination, it is